# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **CAROLE STARR,** | |
|     **Plaintiff,** | |
| **vs.** | **CASE NO. 3:20-0383** |
| **HOME DEPOT USA, INC. and STANLEY BLACK & DECKER, INC. and STALEY ACCESS TECHNOLOGIES, LLC;** | **Judge Campbell/Holmes** |
|     **Defendants.** | |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

As evidenced by signatures of counsel below, the parties agree that this matter should be dismissed with prejudice. Defendant Home Depot USA, Inc. has never filed a responsive pleading but is a party to this settlement and Plaintiff's claims against all Defendant's should be dismissed with prejudice.

Counsel for Plaintiff, by virtue of signature below, has verified Plaintiff's compliance with T.C.A. 71-5-117 (g) and as an officer of the Court confirms there are no known TennCare Subrogation claims of the State of Tennessee or any entity acting pursuant to T.C.A. 71-5-117 (f) that remain unaddressed in this action, *i.e.*, TennCare Liens.

Counsel for the Plaintiff, by virtue of signatures below, verify there are no Hospital Liens of record, and/or which remain unsatisfied, pursuant to T.C.A. 29-22-101, *et seq*.

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff's case be dismissed with prejudice.

ENTERED this _____ day of _____, 2020.

_____
**JUDGE**

**APPROVED FOR ENTRY:**

*/s/ William B. Jakes, III*
**WILLIAM B. JAKES, III, #10247**
**HOWELL & FISHER, PLLC**
3310 West End Avenue, Suite 550
Nashville, Tennessee 37203-1089
(615) 921-5208
*Attorney for Defendants Stanley Black &*
*Decker, Inc. and Stanley Access Technologies LLC*

*/s/ Rocky McElhaney_*
**PARKER SIMPSON**
**ROCKY MCELHANEY, #20205**
**ROCKY MCELHANEY LAW FIRM, PC**
475 Saundersville Road
Hendersonville, TN 37075
(615) 932-8600
*Attorney for Plaintiff Carole Starr*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Tori Hampson
The Home Depot
Legal Department
4000 W. Metropolitan

/s/ *Rocky McElhaney*____
**ROCKY MCELHANEY**