# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CAROLE STARR,**<br><br>　　**Plaintiff,**<br><br>vs.<br><br>**HOME DEPOT USA, INC. and STANLEY BLACK & DECKER, INC. and STALEY ACCESS TECHNOLOGIES, LLC;**<br><br>　　**Defendants.** | **CASE NO. 3:20-0383**<br><br>**Judge Campbell/Holmes** |

## AGREED ORDER OF COMPROMISE AND DISMISSAL

As evidenced by signatures of counsel below, the parties agree that this matter should be dismissed with prejudice. Defendant Home Depot USA, Inc. has never filed a responsive pleading but is a party to this settlement and Plaintiff's claims against all Defendant's should be dismissed with prejudice.

Counsel for Plaintiff, by virtue of signature below, has verified Plaintiff's compliance with T.C.A. 71-5-117 (g) and as an officer of the Court confirms there are no known TennCare Subrogation claims of the State of Tennessee or any entity acting pursuant to T.C.A. 71-5-117 (f) that remain unaddressed in this action, *i.e.*, TennCare Liens.

Counsel for the Plaintiff, by virtue of signatures below, verify there are no Hospital Liens of record, and/or which remain unsatisfied, pursuant to T.C.A. 29-22-101, *et seq*.

It is hereby **ORDERED, ADJUDGED AND DECREED** that Plaintiff's case be dismissed with prejudice.

ENTERED this  1st  day of ____July_____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM L. CAMPBELL, JR.**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**